> **Motion DENIED.**
>
> This the 21st day of August, 2015.
>
> /s/Louise W. Flanagan, U.S. District Judge

UNITED STATES DRISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
RALEIGH DIVISION
CASE NO.: 5:14-CV-844

FILED
AUG 21 2015
JULIE RICHARDS JOHNSTON, CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

THE UNITED STATES

v.

EDDIE WISE
DOROTHY WISE

### EMERGENCY MOTION TO RESCHEDULE HEARING, TO CONDUCT LIMITED DISCOVERY, TO SUPOENA WITNESS TO TESTIFY AND HIRE COUNSEL TO MAKE SPECIAL APPEARANCE

Comes now defendants Eddie and Dorothy Wise, to move this court to reset hearing scheduled for September 14, 2015 to enlarge time to at least 30 days or longer. This is important for the following reasons:

1. The Pigford Monitor is in possession of the list of Pigford Claimants who have already had a hearing on the merits or who have opted out. That list is essential to substantiate the moratorium argument which provides relief against the United States foreclosing against the property subject to this suit. The United States maintains that the Wises have opted out and not entitled to moratorium relief.

2. The defendants would like to subpoena Carl Bond to testify and provide expert testimony. Carl Bond was a loan specialist for the USDA-FSA and now retired. The Court can gain insightful information of the rules and regulations that must be adhered to before the United States can foreclose on property belonging to Pigford Claimants.

3. The defendants have had to prosecute this action pro se due to the discriminatory actions against them by the USDA. The defendants are not rich and need some extra time to hire an attorney to make a special appearance for this hearing.