UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **JUDGMENT** |
| ) | No. 5:14-CV-844-FL |
| DOROTHY M. WISE and ) | |
| EDDIE F. WISE, ) | |
| ) | |
| Defendants. ) | |

**Decision by Court.**

This action came before the Honorable W. Earl Britt, Senior United States District Judge.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's orders entered October 9, 2015 and November 18, 2015, and for the reasons set forth more specifically therein, that all claims arising in this case having been determined and judgment is entered in favor of the United States of America in the amount of:

a. $428,276.44, representing the principal and interest accrued on the debt secured by the deeds of trust described more particularly in the court's October 9, 2015 order, for the time period up to and including October 29, 2014, as well as all interest accruing from that date to the date of this judgment, at a rate of $37.5446 per day, and thereafter at the applicable statutory rate;

b. $162,751.52, representing the principal and interest accrued on the debt secured by the various security instruments described more particularly in the court's October 9, 2015 order, for the time period up to and including October 29, 2014, as well as all interest accruing from that date to the date of this judgment, at a rate of $8.5694 per day, and thereafter at the applicable statutory rate.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment of foreclosure is entered as to the United States of America's security interests in defendants' real and personal property at issue in this matter, as more fully described in the security agreements, financing statements, and deeds of trust referenced in the court's October 9, 2015 order, including but not limited to approximately 105 acres located near Whitakers, North Carolina, defendants' mobile home, crop allotment or quota, watering and feeding systems, livestock, crops, and various farm equipment, and further that all right, title and interest to such property in defendants, including any equity of redemption rights, shall be forever barred. Pursuant to the court's November 18, 2015

order, defendants' motion to supplement their motion for reconsideration is GRANTED and the court has considered all arguments raised therein. Defendants' motion for reconsideration of the court's order granting plaintiff's motion for summary judgment is DENIED. Defendants' motion to stay pending outcome of administrative hearing, motion to stay pending outcome of a related civil case in the United States District Court for the District of Columbia, and motion to transfer this action to that same court, made in conjunction with defendants' motion for reconsideration, and again as stand alone motions are DENIED.

**This Judgment Filed and Entered on November 18, 2015, and Copies To:**
Neal Fowler (via CM/ECF Notice of Electronic Filing)
Eddie and Dorothy Wise (via U.S. Mail) 2251 Swift Creek School Rd., Whitakers, NC 27891

November 18, 2015          JULIE RICHARDS JOHNSTON, CLERK
                                        /s/ Susan W. Tripp
                                        (By) Susan W. Tripp, Deputy Clerk